## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **LARRY JEFFERSON** | **CIVIL ACTION NO. 22-5834-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **D.J. KARAM, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that the Plaintiff's complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, on this 17th day of April 2023.

_____
**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**